UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY LASHEEN GOMEZ | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:11CV297-RHW |
| MELVIN T. BRISOLARA et al | DEFENDANTS |

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's memorandum opinion and order entered on this day, the Court enters this separate judgment granting Defendants [26, 31, 37, 41] Motions to Dismiss and/or for Summary Judgment.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's lawsuit is hereby dismissed without prejudice for failure to exhaust administrative remedies as to all claims and all Defendants; or in the alternative, dismissed with prejudice as to all claims and all Defendants.

SO ORDERED, this the 15th day of August, 2012.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE